```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 11777
   OTIS J WILLIAMS
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

             Debtor
   SSN XXX-XX-3093


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/02/2007 and was not confirmed.

     The case was dismissed without confirmation 08/16/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED NOT I    31004.19           .00             .00
PROFESSIONAL ACCOUNT MGM  UNSECURED        NOT FILED          .00             .00
SUPERIOR ASSET MANAGEMEN  UNSECURED        NOT FILED          .00             .00
BARNES AUTO               UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00             .00
BANK OF AMERICA           UNSECURED        NOT FILED          .00             .00
ASSET ACCEPTANCE LLC      UNSECURED           611.50          .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00             .00
ARROW SER                 UNSECURED        NOT FILED          .00             .00
FIRST PREMIER BANK        UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         10911.81          .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00             .00
NCO MEDCLR                UNSECURED        NOT FILED          .00             .00
PENTAGROUP FINANCIAL LLC  UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED          .00             .00
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED          .00             .00
COLLECTION                UNSECURED        NOT FILED          .00             .00
COLLECTION                UNSECURED        NOT FILED          .00             .00
HARVARD COLLECTION        UNSECURED        NOT FILED          .00             .00
AR RESOURCES INC          UNSECURED        NOT FILED          .00             .00
ASSET ACCEPTANCE LLC      UNSECURED           274.58          .00             .00
IC SYSTEMS                UNSECURED        NOT FILED          .00             .00
RIDDLE & ASSOCITES        UNSECURED        NOT FILED          .00             .00
FMS INC                   UNSECURED        NOT FILED          .00             .00
AAC                       UNSECURED        NOT FILED          .00             .00
CERTEGY                   UNSECURED        NOT FILED          .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED          .00             .00
FINANCIAL MGMT SVCS       UNSECURED        NOT FILED          .00             .00
DRIVE FINANCIAL SERVICES  UNSECURED        NOT FILED          .00             .00
COMMONWEALTH EDISON       UNSECURED         15135.05          .00             .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED          .00             .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11777 OTIS J WILLIAMS
```

```
COMMONWEALTH EDISON         UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON         UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON         UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON         UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON         UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON         NOTICE ONLY     NOT FILED            .00           .00
COMMONWEALTH EDISON         NOTICE ONLY     NOT FILED            .00           .00
AR RESOURCES INC            UNSECURED       NOT FILED            .00           .00
HARRIS                      UNSECURED       NOT FILED            .00           .00
FINANCIAL MGMT SVCS         UNSECURED       NOT FILED            .00           .00
MIDLAND                     UNSECURED         336.53             .00           .00
PRO SE DEBTOR               DEBTOR ATTY        .00                             .00
TOM VAUGHN                  TRUSTEE                                            .00
DEBTOR REFUND               REFUND                                             .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                          ---------------     ---------------
TOTALS                         .00                .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 12/05/07               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 07 B 11777 OTIS J WILLIAMS